IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO BREWER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-127-WKW |
| | ) | |
| HOUSTON COUNTY JAIL and | ) | |
| JASON SMOKE, PCA, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 15, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record and upon consideration of the Recommendation, the Magistrate Judge's recommendation that this action be dismissed without prejudice for Plaintiff's failure to prosecute is due to be adopted.

It is well established that a district court has inherent authority to dismiss an action because of a plaintiff's failure to prosecute. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); Fed. R. Civ. P. 42(b). Plaintiff has had no communication with the court since the filing

of this action on February 22, 2018. Three Orders, as well as the Recommendation, have been returned by the Post Office as undeliverable. Plaintiff's failure to provide the court with his correct address has stymied the court's ability to manage its docket and reflects Plaintiff's lack of interest in prosecuting his lawsuit.

Accordingly, it is ORDERED that the Recommendation (Doc. # 7) is ADOPTED and that this action is DISMISSED without prejudice for Plaintiff's failure to prosecute.

A separate final judgment will be entered.

DONE this 12th day of April, 2018.

                                      /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE